**Paige Rachelle ELEY, Plaintiff—
Appellant,**

v.

**CHURCH OF JESUS CHRIST
OF LATTER–DAY SAINTS,
Defendant—Appellee.**

**Sandra J. Balkey, wife; Dave Balkey,
husband Plaintiffs—Appellants,**

v.

**Corporation of the Presiding Bishop of
the Church of Jesus Christ of Latter–
Day Saints, a corporation, Defen-
dant—Appellee.**

**Nos. 01–15478, 01–16312.
D.C. Nos. CV–99–00813–PMP(LRL),
CV–00–00626–JWS.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 15, 2002.

Decided April 10, 2002.

---

* Honorable Edward F. Shea, United States Dis-trict Judge for the Eastern District of Wash-ington, sitting by designation.

** This disposition is not appropriate for publi-cation and may not be cited to or by the courts of this circuit except as may be provid-ed by Ninth Circuit Rule 36–3.

Before SNEED, BRUNETTI, and T.G. NELSON, Circuit Judges.

ORDER *

The district court observed, in its order granting summary judgment in *Balkey*, No. 01–16312, that the facts more closely resembled *Robarge v. Bechtel Power Corp.*, 131 Ariz. 280, 640 P.2d 211 (Ariz. 1982), and *State v. Superior Court*, 111 Ariz. 130, 524 P.2d 951 (Ariz.1974), than the other cases cited by the parties. We conclude that the district court was correct. Therefore, the judgments in both these cases are affirmed for the reasons given by the district court in *Balkey*, in the order filed January 19, 2001.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* Honorable Edward F. Shea, United States District Judge for the Eastern District of Washington, sitting by designation.